REGIS FERNANDEZ, ESQ.
7 Federal Square
Newark, NJ 07102
regisfernandez@aol.com
973-297-0002 (Tele) • 201-787-5584 (Cell)

January 15, 2026

Via ECF

Hon. Brian R. Martinotti, U.S.D.J.
United States District Court
District of New Jersey
50 Walnut Street
Newark, New Jersey 07102

    Re:    **<u>Petit-Jean v. Bondi</u>, Civil Action No. 26-CV-00187 (BRM)**
            **REQUEST FOR VOLUNTARY DISMISSAL W/OUT PREJUDICE**

Dear Judge Martinotti:

I represent the petitioner with respect to the instant habeas petition. The purpose of this letter is to inform Your Honor that the Petitioner was not physically detained at her last ICE check-in and was given a new report date for February 2, 2026.

Accordingly, I am respectfully requesting a voluntary dismissal without prejudice of the Petitioner's pending habeas petition.

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

s/Regis Fernandez
Regis Fernandez, Esq.
Attorney for Petitioner

## CERTIFICATE OF SERVICE

I, Regis Fernandez, Esq., hereby certify that on this date I caused a true and correct copy of the foregoing letter to be served via CM/ECF and by electronic mail upon:

Frances C. Bajada, Esq.
Office of the United States Attorney
970 Broad Street, Suite 700
Newark, New Jersey 07102

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

s/Regis Fernandez
Regis Fernandez, Esq.

Dated: January 15, 2026

SO ORDERED:

*Brian R. Martinotti*
BRIAN R. MARTINOTTI, USDJ
DATED: JANUARY 16, 2026